IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

COREY BARNETT     PLAINTIFF

VS.     CIVIL ACTION NO. 4:08cv66-JCS

BART GRIMES, et al.     DEFENDANTS

## ORDER OF DISMISSAL

At the trial of this cause on November 4, 2009, Plaintiff stated that he desired to dismiss his case. Accordingly, this matter is hereby dismissed.

SO ORDERED this the 4th day of November, 2009.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE